# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO IBARRA, | Case No.  1:17-cv-00452-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 3) |

Plaintiff Alejandro Ibarra filed a complaint on March 29, 2017, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons; and

3.  The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:   **March 30, 2017**

UNITED STATES MAGISTRATE JUDGE

1