# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO IBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00452-SAB<br><br>ORDER RE CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION<br><br>FIVE DAY DEADLINE |

On March 29, 2017, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. On March 31, 2017, initial case documents issued, including the order re consent. On April 18, 2017, the Commissioner consented to the jurisdiction of the magistrate judge.

Although the Commissioner has consented to the jurisdiction of the magistrate judge, Plaintiff did not return the form indicating whether or not he is willing to consent to the jurisdiction of the magistrate judge. Therefore, the Court shall direct the Clerk of the Court to send a consent or decline form to Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is direct to provide Plaintiff with a Consent to Assignment or Request for Reassignment form;

2. Within five (5) days from the date of service of this order, Plaintiff may complete and return the Consent to Assignment or Request for Reassignment form;

3. If Plaintiff does not return the Consent to Assignment or Request for Reassignment form in compliance with this order, this action will be assigned to a

1

1. district judge for issuance of findings and recommendations; and
2. 4. Plaintiff is advised that he is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated: **January 5, 2018**

UNITED STATES MAGISTRATE JUDGE